**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Zurich American Insurance Company v. Sandra A. Debose

Appellate case number:   01-13-00344-CV

Trial court case number: 2006-54103

Trial court:             133rd District Court of Harris County

    It is **ordered** that Zurich American Insurance Company's motion for rehearing is denied.

Judge's signature: /s/ Laura C. Higley
                   Acting for the Court

Panel consists of Justices Jennings, Higley, and Sharp.

Date:  September 23, 2014